AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>The Residence and Devices at<br>429 W Central Ave Apartment 1103, Wichita, KS 67203,<br>further described in Attachment A | )<br>)<br>)<br>)   Case No. 22 - m - 6137 -01- KGG<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Kansas _____ *(identify the person or describe the property to be searched and give its location)*:

The Residence and Devices at 429 W Central Ave Apartment 1103, Wichita, KS 67203, further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before  June 28, 2022 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ the Honorable Kenneth G. Gale _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   6-14-22 at 1500

City and state:     Wichita, KS _____

_____
*Judge's signature*

The Honorable Kenneth G. Gale, US Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-m-6137-01-KGG | Date and time warrant executed:<br>06/15/2022, 8:20 AM | Copy of warrant and inventory left with:<br>TODD UNDERWOOD |
| Inventory made in the presence of :<br>TODD UNDERWOOD | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Please see attached FD-886 (Evidence Collected Item Log) form.

KRS 06/16/2022

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/16/2022

_____
*Executing officer's signature*

KASEV SUNDAR, FBI SPECIAL AGENT
*Printed name and title*

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Page **1** of **2**

Date: **6/15/2022**  Case ID: **305I-KC-3606672**

Location: **429 W Central Ave, Apt 1103**

Preparer/Assistants: **IA Kayla Bradley**

Personnel (full names and initials):

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | Western Digital Mybook hard drive | A | West wall cabinet bottom shelf, in box | SA Hollander, Blake SA Karev Sundar | Plastic bag | |
| 2 | HP laptop, ZBook | B E | On Bed tray | SA Jon Davis SA Karev Sundar | Laptop storage bag | |
| 3 | 8gb thumb drive, Black | E | On Bed tray in HP laptop | SA Jon Davis SA Karev Sundar | Plastic bag | |
| 4 | Seagate RB S# NAAZ JACT Sea Gate 5TB Hard drive | E | on the Desk | SA Jon Davis SA Karev Sundar | Plastic bag | |
| 5 | Lenovo laptop, Grey 8KD w/ charging cord | A | Corner cabinet SE wall | SA Dave Albers SA Karev Sundar | Laptop storage bag | |
| 6 | The PhotoStick 2.0 | E | Desk Drawer | SA Ken Bilderback SA Karev Sundar | Plastic bag | |
| 7 | 8 Hard drives | E | In a plastic tote in the Closet | SA Ken Bilderback SA Karev Sundar | Paper bag | |
| 8 | 4 Hard drive, 1 thumb drive, 1 SD card | E | Dresser Drawer | SA Dave Albers SA Karev Sundar | Paper bag | |
| 9 | Dell laptop M# PP04X S# CN-0U4141-48643-75-08H | E | In a plastic tote in the Closet | SA Ken Bilderback SA Karev Sundar | Paper bag | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 2 of 2

Date: 6/15/2022   Case ID: 305 I-KC-3606677

Location: 429 W Central Ave. Apt. 1103

Preparer/Assistants: IA Kayla Bradley

Personnel (full names and initials):

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 10 | Dell laptop M# P06E S# CN-0R6NR05-70166-176 -0011-A00 | E | In Plastic tote in closet | SA Ken Bilderback SA Kasev Sundar | Paper bag | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

The entire residence at **429 W Central Ave #1103 Wichita, Kansas 67203**. This residence is

part of a multi-unit apartment complex composed of two 3 story structures sharing a common

address. These structures are located on the south side of W Central Ave and the doors are

located on the south side of these buildings. Access to the buildings is controlled by an

electronic wrought iron gate, which requires a pass card to open. All of the units in the complex

have four digit addresses with the first digit signifying the building. Unit #1103 is on the first

floor of the western most building. This building has alternating sections of blue and tan siding

with red brick accents. Building 1 has been identified as the western most building in the

complex. The numbers "103" are displayed horizontally in white on a black sign above the white

front door of the unit.

1



2







**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of 18 U.S.C. §§ 2252 and 2252A:

1.      Computers or storage media used as a means to commit the violations described above.

2.      For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a.      Evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b.      Evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c.      Evidence of the lack of such malicious software;

d.      Evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to the crime(s) under investigation and to the computer user;

e.     Evidence indicating the computer user's knowledge and/or intent as it relates to the crime(s) under investigation;

f.     Evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g.     Evidence of programs (and associated data) that are designed to eliminate data from the COMPUTER;

h.     Evidence of the times the COMPUTER was used;

i.     Passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j.     Documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k.     Records of or information about Internet Protocol addresses used by the COMPUTER;

l.     Records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

m.     Contextual information necessary to understand the evidence described in this attachment.

3.     Routers, modems, and network equipment used to connect computers to the Internet.

4.     Child pornography and child erotica.

2

5.      Records, information, and items relating to violations of the statutes described above including:

a.      Records, information, and items relating to the occupancy or ownership of the **SUBJECT PREMISES, 429 W Central Ave. Apartment 1103, Wichita, Kansas 67203**, including utility and telephone bills, mail envelopes, or addressed correspondence;

b.      Records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes;

c.      Records and information relating to the identity or location of the persons suspected of violating the statutes described above;

d.      Records and information relating to the sexual exploitation of children, including correspondence and communications between users of Freenet and/or Freesites; and

e.      Records and information showing access to and/or use of Freenet and/or Freesites, including the files and keys discussed and referenced in the attached affidavit.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions,

3

including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded, including external and internal hard drives, flash drives, thumb drives, micro SD cards, macro SD cards, DVDs, gaming systems, SIM cards, cellular phones capable of storage, floppy disks, compact discs, magnetic tapes, memory cards, memory chips, and other magnetic or optical media.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.